IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BRANDON MASSEY, )
 )
 Plaintiff, )
 )
 v. ) 1:18CV341
 )
UNITED STATES GOVERNMENT, et al., )
 )
 Defendants. )

## ORDER

On July 2, 2019, the United States Magistrate Judge's Recommendation was filed and notice was served pursuant to 28 U.S.C. § 636. Plaintiff filed objections [Doc. #24] within the time limit prescribed by Section 636. He also filed a Motion for Summary Judgment and Statement of Facts [Docs. #19, #20]. The Court has reviewed Plaintiff's objections and filings de novo and finds that they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #14], which is affirmed and adopted.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Summary Judgment [Doc. #19] is DENIED, and that this action is dismissed pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted.

This the 29th day of May, 2020.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge